Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL XI

| | | |
|---|---|---|
| COMISIONADO DE SEGUROS DE PUERTO RICO<br><br>Recurrido<br><br>v.<br><br>MAPFRE PRAICO INSURANCE COMPANY<br><br>Peticionaria | KLRA202400549 | REVISIÓN JUDICIAL Procedente del Comisionado de Seguros de Puerto Rico<br><br>Caso Núm.: I-2022-78<br><br>Investigación IE-III-25812-2022<br><br>ASUNTO: Violación a los Artículos 27.161 (2), (3), (4), (6), (7) y (17) y 27.162 (1) y (2) del Código de Seguros de Puerto Rico, 26 LPRA secs. 271 6a (2), (3), (4), (6), (7) y (17) y 2716b (1) y (2) |
| COMISIONADO DE SEGUROS DE PUERTO RICO<br><br>Recurrido<br><br>v.<br><br>MAPFRE PRAICO INSURANCE COMPANY<br><br>Peticionaria | | Caso Núm.: I-2022-79<br><br>Investigación IE-III-25812-2022<br><br>ASUNTO: Violación a los Artículos 27.161 (2), (3), (4), (6), (7) y 27.162 (1) y (2) del Código de Seguros de Puerto Rico, 26 LPRA secs. 2716a (2), (3), (4), (6), (7) 2716b (1) y (2) |

Panel integrado por su presidenta, la Juez Brignoni Mártir, la Jueza Álvarez Esnard y la Jueza Prats Palerm

Álvarez Esnard, jueza ponente

## SENTENCIA

En San Juan, Puerto Rico, a 9 de diciembre de 2024.

Atendido el *Aviso de Desistimiento Voluntario* presentado el 26 de noviembre de 2024 presentada por la parte peticionaria, Mapfre Praico Insurance Company, resolvemos lo siguiente:

Se declara *Ha Lugar* el *Aviso de Desistimiento Voluntario* conforme a la Regla 83(A) de nuestro Reglamento, 4 LPRA Ap. XXII-

Número Identificador

SEN(RES)2024_____

B, R. 83(A). Se ordena el archivo y sobreseimiento con perjuicio de este caso, según solicitado.

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.

LCDA. LILIA M. OQUENDO SOLÍS
Secretaria del Tribunal de Apelaciones